FILED

AUG 21 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER EMIL WOLFING,<br><br>Defendant. | Magistrate Case No.: 18MJ4557<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

On or about August 21, 2018, within the Southern District of California, defendant Alexander Emil WOLFING did knowingly possess at least one matter containing visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which were produced using materials which had been shipped and transported in and affecting interstate and foreign commerce, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

//
//
//

8/21

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Daniel P. Evans
Special Agent, FBI

Sworn to me and subscribed in my presence this __21__ day of August, 2018.

_____
HON. WILLIAM V. GALLO
United States Magistrate Judge

STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since April of 2005. I am currently assigned to a Crimes Against Children squad in the San Diego Field Office, where I primarily investigate crimes concerning child exploitation and the distribution, receipt, possession, production, advertisement, and transmission of child pornography. This complaint is based on my own investigation as well as information received from fellow FBI agents and other law enforcement officers.

In December of 2017, I reviewed logs of Internet users who were attempting to obtain child pornography images and videos using an Internet-based peer-to-peer (P2P) network. Among those users was a particular IP Address which I further investigated.

Pursuant to a Department of Justice Administrative Subpoena, Time Warner Cable provided subscriber information revealing that the particular IP address was assigned to a residence in San Diego, California, within the Southern District of California.

On or about August 10, 2018, I received a federal search warrant for that San Diego residence, for evidence of violations of 18 U.S.C. §§ 2252 and 2252A. FBI agents and members of the San Diego Internet Crimes Against Children (SDICAC) task force executed the warrant at the San Diego residence on August 21, 2018. At the time of the execution of the search warrant, Alexander Emil WOLFING was present and residing there.

During the execution of the search warrant, agents located numerous computer and other digital devices, located in a shed in the rear of the residence, where WOLFING was residing. Two computers were running encryption software, but were currently unlocked. Agents previewed the contents of the computers and found software associated with the same Internet-based P2P network that had been identified during the course of the investigation. The software was open, running, and currently receiving files with titles indicative of child pornography. In addition, agents

previewed the contents of one of the computers and found multiple files of minors engaged in sexually explicit conduct within the meaning of 18 U.S.C. § 2256(2). Descriptions of several of the images are as follows:

| File Name | File Description |
|---|---|
| 000035.jpg | This image depicts a prepubescent female toddler wearing a tank top, with her hand holding the base of an erect adult penis. |
| 000013.jpg | This image depicts a nude prepubescent toddler being vaginally penetrated by an adult male penis. |
| 20040609062509.jpg | This images depicts a prepubescent female being vaginally penetrated by an adult male penis. |
| 13.jpg | This image depicts a naked prepubescent female with her legs spread, with the focus of the photo on her vagina. |
| Spongebob - NEW - Bed-Fun-Anal-Fuck-Private (never share).mpg | This video depicts a prepubescent boy laying on a bed when an adult male comes in to view, lifts the prepubescent boys legs over his own head, and anally penetrates the boy while he is on his stomach. The boy turns on his stomach and the adult male anally penetrates him again. |

Agents are still currently on site and conducting forensic analysis and imaging of computer and digital items. Based upon my training and experience, I know that the P2P network requires use of the Internet, and the Internet is a means and facility of interstate commerce.

4